# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-06016 JAK (OPx) | Date | August 2, 2011 |
|---|---|---|---|
| Title | Alexis Stratton v. NCO Financial Systems, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On July 28, 2011, plaintiff filed "Notice of Settlement" [4]. The Court sets an Order to Show Cause re Dismissal for September 1, 2011 at 8:30 a.m. If the parties file a dismissal by August 29, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |